# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SASHA HAWLEY

*Plaintiff*

v.

THE TRAVELERS COMPANIES, INC., a foreign corporation doing business in the State of Washington,

*Defendant*

Civil Action No. 2:14-CV-38-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion to Dismiss Certain Claims Voluntarily, ECF No. 23, is GRANTED.
Ms. Hawley's first, second, fourth, fifth, sixth, seventh, and tenth claims are dismissed with prejudice and without awarding costs or attorney fees to either party.
Travelers' Motion for Summary Judgment, ECF No. 18, is GRANTED as to Ms. Hawley's remaining claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: April 24, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler